**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION**

KATHLEEN A. GARRITY,                    )
                                        )
    Plaintiff,                          )
                                        )
    v.                                  )          Case No. 4:15-cv-40042
                                        )
LUSTIG, GLASER & WILSON, P.C.,          )
                                        )
    Defendant.                          )

## NOTICE OF SETTLEMENT

Plaintiff,KATHLEEN A. GARRITY,("Plaintiff"), through herattorneys, KORTH LAW

OFFICE, informs the Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


RESPECTFULLY SUBMITTED,


March 20, 2015                    By: /s/ Sebastian Korth
                                  Sebastian Korth, Esq (BBO# 676127)
                                  Korth Law Office
                                  One Center Plaza, Suite 220
                                  Boston, MA 02108
                                  Tele:(617) 259-1955
                                  Fax: (617) 238-2167
                                  Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

On March 20, 2015, I electronically filed the Notice of Settlementwith the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of this filed document to defensecounsel, Kenneth C. Wilson, at kcwilson@lgw.com.


By:   /s/Sebastian Korth Esq.
        Sebastian Korth